## Commonwealth *v.* Povish, Appellant.

 Submitted June 9, 1975. *Kenneth D. Brown,* Assistant Public Defender, and *Peter T. Campana,* Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Price, Appellant.

 Submitted December 6, 1974. *David E. Auerbach,* Assistant Public Defender, and *Kenneth P. Barrow,* Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.